```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 06827
  DARRAN REEDER
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
  SSN XXX-XX-3389


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 03/21/2008 and was not confirmed.

     The case was dismissed without confirmation 06/09/2008.
-----------------------------------------------------------------------
CREDITOR NAME           CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID          PAID
-----------------------------------------------------------------------
AURORA LOAN SERVICES   SECURED NOT I        .00           .00           .00
PRO SE DEBTOR          DEBTOR ATTY          .00                         .00
TOM VAUGHN             TRUSTEE                                          .00
DEBTOR REFUND          REFUND                                           .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS         DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                        --------------    --------------
TOTALS                     .00                    .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 09/24/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```